IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVIN NUTT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV75 |
| | ) | |
| v. | ) | |
| | ) | |
| FOOD SERVICES OF AMERICA and | ) | MEMORANDUM AND ORDER |
| SERVICES GROUP OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Counsel have provided separate reports of their planning efforts.  Separate reports do not comply with Fed. R. Civ. P. 26(f).  The Rule requires that counsel "confer," and it states that "The attorneys of record and all unrepresented parties that have appeared in the case *are jointly responsible* for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court ... after the conference a written report outlining the plan." Therefore, I must require that counsel confer and submit one, joint report.  If they disagree on what to propose to the court, their separate views can be set out, but the report should be the product of their joint efforts to reach agreement as much as possible.

IT THEREFORE HEREBY IS ORDERED,

The parties are given until May 17, 2005 to file their joint report of planning meeting.

DATED this 4th day of May, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge