IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVIN NUTT, | ) | 8:05CV75 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| FOOD SERVICES OF AMERICA | ) | |
| and SERVICES GROUP OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation and motion for dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear his or its own costs.

August 10, 2005.   BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge